# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PATRICK DOUGHTY and RANDY SEVERANCE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>STATE EMPLOYEES' ASSOCIATION OF NEW HAMPSHIRE, SEIU LOCAL 1984, CTW, CLC,<br><br>　　　　Defendant. | No. 1:19-cv-53-PB |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant State Employees' Association of New Hampshire, SEIU Local 1984 ("SEA-NH") moves to dismiss the Complaint for failure to state a claim. The grounds for this Motion are set forth in the Memorandum of Law in Support of Defendant's Motion to Dismiss, filed concurrently herewith.

Dated: March 18, 2019

Respectfully submitted,

/s/ Ramya Ravindran

Gary Snyder (NH Bar No. 265339)
General Counsel
State Employees Association of New Hampshire, SEIU Local 1984
207 North Main Street
Concord, NH 03301
(603) 271-3411
gsnyder@seiu1984.org

Leon Dayan*
Ramya Ravindran*
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street N.W., Suite 1000
Washington, DC  20005
(202) 842-2600
ldayan@bredhoff.com
rravindran@bredhoff.com

1

John S. Krupski (NH Bar No. 11309)
MILNER & KRUPSKI, PLLC
109 North State Street, Suite 9
Concord, NH 03301
(603) 410-6011
jake@milnerkrupski.com

*Counsel for Defendant*

* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, Ramya Ravindran, an attorney, hereby certify that on March 18, 2019, I caused the foregoing **Defendant's Motion to Dismiss** to be filed electronically with the Court. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Ramya Ravindran  
Ramya Ravindran
