UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Patrick Doughty, et al

    v.

                                        Case No. 19-cv-53-PB

State Employee's Association of NH,
SEIU, Local 1984, CTW, CLC


JUDGMENT

    In accordance with the Oral Order by Judge Paul Barbadoro on May 30, 2019, judgment is hereby entered.

    The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                          By the Court:

                                          Daniel J. Lynch
                                          Clerk of Court


Date: May 30, 2019

cc: Counsel of Record