# United States Court of Appeals
## For the First Circuit

No. 19-1636

PATRICK DOUGHTY; RANDY SEVERANCE,

Plaintiffs, Appellants,

v.

STATE EMPLOYEES' ASSOCIATION OF NEW HAMPSHIRE,
SEIU LOCAL 1984, CTW, CLC,

Defendant, Appellee.

**JUDGMENT**

Entered: November 30, 2020

This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the District Court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Bryan K. Gould, Frank D. Garrison IV, Milton L. Chappell, Cooley Ann Arroyo, Leon Dayan, Ramya Ravindran, John S. Krupski